**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

RICARDO BLACKSHIRE,

        Petitioner,               Case Number: 20-13196

v.                                              Paul D. Borman
                                              United States District Judge

UNITED STATES OF AMERICA,

        Respondent.

_____/

## OPINION AND ORDER DENYING PETITIONER'S MOTION
## AND DISMISSING CASE

      This matter is before the Court on state prisoner Ricardo Blackshire's "Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release)." (ECF No. 1.) Blackshire is in the custody of the Michigan Department of Corrections, serving state sentences of 18 to 35 years for conspiracy to commit armed robbery, Mich. Comp. Laws §§ 750.157a, 750.529, and 2 years for possession of a firearm during the commission of a felony, Mich. Comp. Laws § 769.10. Blackshire seeks release under a federal statute titled 18 U.S.C. § 3582 because he claims he is at risk of severe illness or death should he contract Covid-19.

      Section 3582(c) is a federal criminal statute. It allows a federal sentencing court to reduce a *federal* defendant's sentence based on "extraordinary and compelling" reasons. *See* 18 U.S.C. § 3582(c)(1)(A)(i). Because Blackshire is a state prisoner sentenced under state law, he may not obtain a reduction in his sentence or release under § 3582(c)(1)(A)(i).

Accordingly, the Court **DENIES** Blackshire's "Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release)" (ECF No. 1) and the case is **DISMISSED**.

SO ORDERED.

                                                                 s/Paul D. Borman  
                                                                 PAUL D. BORMAN  
                                                                 UNITED STATES DISTRICT JUDGE

Dated: December 29, 2020